UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MARSHA G. LOGAN** | **CIV. ACTION NO. 5:20-0988** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is **AFFIRMED,** in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in Chambers, at Shreveport, Louisiana, this 1st day of November, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT